IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| | : No. 16-33-1 |
| v. | : |
| | : |
| DWAYNE JONES | : |

FILED
JUL 20 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 20th day of July, 2016, it is **ORDERED** that Defendant Jones's Motion to Dismiss Count One of the Indictment (ECF No. 23) is **GRANTED** and Count One of the Indictment against Defendant Jones is **DISMISSED**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: