**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAYNE JONES | Criminal Action Nos.<br>13-cr-577-2 and 16-cr-33-1 |

## ORDER

**AND NOW**, this __9th__ day of July, 2020, it is **ORDERED** that the Amended Motions of Defendant Dwayne Jones for Compassionate Release Pursuant to § 3852(a)(1)(a)(i) (13-577-2, ECF No. 139; 16-33-1, ECF No. 129) are **GRANTED**. Mr. Jones is **ORDERED** released on **Friday, July 10, 2020, by 3:00 p.m.**, subject to the following:

- Mr. Jones is sentenced to time served.

- Mr. Jones remains sentenced to three years of supervised release.

- Mr. Jones must self-quarantine in his home for 14 days.

- Mr. Jones is placed on home confinement and location monitoring until July 26, 2021.

- Mr. Jones must comply with the Location Monitoring Program requirements as directed by the United States Probation Office. The location monitoring technology is at the discretion of the United States Probation Office.

- Mr. Jones must report to the United States Probation Office in New Jersey by telephone on the date of his release.

S/Anita B. Brody<br>
ANITA B. BRODY, J.

**XC: Counsel; US Marshals (#72432-066); US Probation;
US Pretrial; Financial Litigation Unit**
Copies **VIA ECF** on